UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-cv-22880-JEM

**SHEHAN WIJESINHA**
individually and on behalf of all
others similarly situated,                                          **CLASS ACTION**

    Plaintiff,                                                **JURY TRIAL DEMANDED**

v.

**SUSAN B. ANTHONY LIST, INC.**

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff Shehan Wijesinha hereby notifies the Court that the parties have reached an agreement in principle to settle the litigated claims in this case on a class-wide basis, subject to Court approval. The parties are presently drafting a written Settlement Agreement and related documents, which the parties will endeavor to file with the Court as part of a Motion for Preliminary Approval by December 14, 2018.

    Based on the foregoing, the Parties respectfully request that all current deadlines be suspended and rulings on all pending motions be held in abeyance, pending the filing of the proposed Settlement Agreement. A proposed Order is attached.

Date: November 30, 2018

    Respectfully submitted,

    **HIRALDO P.A.**
    401 E. Las Olas Boulevard, Suite 1400
    Ft. Lauderdale, Florida 33301

    */s/ Manuel S. Hiraldo*
    Manuel S. Hiraldo
    Florida Bar No. 030380
    Email: mhiraldo@hiraldolaw.com
    Telephone: 954.400.4713
    *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CETIFY that on November 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

>*/s/ Manuel S. Hiraldo*
>Florida Bar No. 030380
>Email: mhiraldo@hiraldolaw.com
>Telephone: 954.400.4713
>*Counsel for Plaintiff and the Class*