UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
**Case Number: 18-22880-CIV-MARTINEZ-OTAZO-REYES**

SHEHAN WIJESINHA,
individually and on behalf of all others similarly situated,
    Plaintiff,

vs.

SUSAN B. ANTHONY LIST, INC.,
    Defendant.

_____/

## ORDER ADOPTING IN PART REPORT AND RECOMMENDATION

THIS MATTER came before the Court on Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement and Incorporated Memorandum of Law (the "Motion") [ECF No. 32]. The Motion was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge, to take all necessary and proper action as required by law [ECF No. 34]. Magistrate Judge Otazo-Reyes subsequently filed a Report and Recommendation [ECF No. 37], recommending that the Motion be GRANTED and that this Court enter the Proposed Order attached to her Report and Recommendation as Exhibit A. This Court has reviewed the Motion, the record in this action, and is otherwise fully advised in the premises. Accordingly, after careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge Otazo-Reyes' Report and Recommendation [ECF No. 37] is **AFFIRMED IN PART** and **ADOPTED IN PART**. The Court shall enter a modified order preliminarily approving the class action settlement and certifying the settlement class by separate order.

Accordingly, it is:

**ADJUDGED** that Plaintiff's Motion [ECF No. 32] is **GRANTED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 19 day of March, 2019.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record